No. 238. QUIRK, ADMINISTRATRIX, *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Roland Obenchain* for petitioner. *Russell P. Harker* for respondent.

No. 271. MOORE-MCCORMACK LINES, INC. *v.* FOLTZ. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED, MR. JUSTICE JACKSON, and MR. JUSTICE CLARK are of the opinion certiorari should be granted. *Solicitor General Perlman* for petitioner.

No. 286. MISSOURI EX REL. SOUTHERN RAILWAY CO. *v.* MAYFIELD, CIRCUIT COURT JUDGE; and

No. 287. MISSOURI EX REL. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* MURPHY, CIRCUIT COURT JUDGE. Supreme Court of Missouri. Certiorari denied. *Sidney S. Alderman, Bruce A. Campbell* and *H. G. Hedrick* for petitioner in No. 286. *R. S. Outlaw* and *Thomas J. Barnett* for petitioner in No. 287. *Roberts P. Elam* for respondents.

No. 308. E. A. LABORATORIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Ferdinand Tannenbaum* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.